# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD FREDERICK POWELL, III,
Appellant,

vs.

THOMAS MOORE; LAS VEGAS
METROPOLITAN POLICE
DEPARTMENT; AND JOSEPH
LOMBARDO,
Respondents.

No. 81981

FILED

APR 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

On October 23, 2020, this court issued a notice directing appellant to file an opening brief or informal brief for pro se parties on or before February 22, 2021. When appellant failed to file a brief, this court issued an order on March 30, 2021, directing appellant to file a brief by April 6, 2021. The order cautioned appellant that failure to comply could result in the dismissal of this appeal as abandoned. To date, appellant has failed to file a brief or to otherwise communicate with this court. Accordingly, this court concludes that appellant has abandoned this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-12495

cc:     Hon. Jerry A. Wiese, District Judge
        Richard Frederick Powell, III
        Attorney General/Carson City
        Eighth District Court Clerk